| | |
|---|---|
| DONALD B. SCARAMASTRA, # 21416<br>Garvey Schubert Barer<br>Eighteenth Floor<br>1191 Second Avenue<br>Seattle, Washington 98101-2939<br>206 464 3939 | Honorable Ronald B. Leighton |

Attorneys for Plaintiffs
Estate of Charles C. Haselwood and Joanne L. Haselwood

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF CHARLES C. HASELWOOD and JOANNE L. HASELWOOD,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | NO. 3:10-cv-5464 RBL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>[PROPOSED] |

THIS MATTER having come before the Court on Plaintiffs' Motion for Leave to File Late Reply to Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment, after careful consideration of the briefs and other materials submitted in support thereof and in opposition thereto, it is hereby

ORDERED and ADJUDGED that Plaintiffs' Motion for Leave to File Late Reply to Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment is GRANTED.

Dated this 20 day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1013591.1